No. 2571.—J. R. Jaffray & Sons *v*. Edward J. Bruff.

The appeal bond must be made payable to the clerk of the court from which the appeal is taken, otherwise the appeal will be dismissed for want of a legal bond. Acts of 1869, page 11.

APPEAL from Third District Court, parish of Lafourche. *Gates*, J. *E. W. Blake*, for plaintiffs and appellees. *Knobloch & Allain*, for defendant and appellant.

Ludeling, C. J. The appellees move to dismiss the appeal on the ground that the appeal bond, executed on the tenth of May, 1869, is not made payable to the clerk of the court, in conformity to an act of the Legislature, approved thirtieth January, 1869.

We consider the provisions of that act imperative. An appeal is only authorized when the conditions imposed by the law are complied with. Acts 1869, p. 11.

It is therefore ordered that the appeal be dismissed at the cost of the appellant.